# United States Court of Appeals
## For the First Circuit

No. 19-2189

CHIMENE MBAGUE NANDJOU, individually and as Administratrix of
the Estate of Menelik Tchouamou and the Estate of William
Tchouamou Ganjui, and as Mother and Next Friend
of A.L.S. and W.T.M.,

Plaintiff, Appellant,

v.

MARRIOTT INTERNATIONAL, INC.; MARRIOTT WORLDWIDE
CORPORATION; RELUXICORP, INC. d/b/a The Residence Inn by
Marriott,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court, issued on January 15, 2021, is
amended as follows:

On page 38, line 10, please delete the closing quotation
marks.